UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION


FILED
MAY 22 2018
[signature] CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-50059 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Possession of a Firearm by a Prohibited Person |
| STEVEN FROST, | (18 U.S.C. §§ 922(g)(1) and 924(a)(2)) |
| Defendant. | |

The Grand Jury charges:

On or about January 5, 2018, at Blackhawk, in the District of South Dakota, the defendant, Steven Frost, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly receive and possess firearms, namely: a Mossberg, model 500A, 12 gauge pump shotgun, bearing serial number K846106; a Smith & Wesson, model Bodyguard, .380 caliber semi-automatic pistol, bearing serial number EBS6817; and a Taurus, model PT738, .380 caliber semi-automatic pistol, bearing serial number 47061C, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

1.  The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), set forth in this Indictment, the defendant, Steven Frost, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

(a) a Mossberg, model 500A, 12 gauge pump shotgun, bearing serial number K846106,

(b) a Smith & Wesson, model Bodyguard, .380 caliber semi-automatic pistol, bearing serial number EBS6817, 66637.

(c) a Taurus, model PT738, .380 caliber semi-automatic pistol, bearing serial number 47061C, and

(d) ammunition for the above-listed firearms.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**NAME REDACTED**
_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____

2